IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ANNIE KATHRYN ZITRON,**<br>   *Plaintiff*,<br><br>v.<br><br>**UNITED RENTALS (NORTH AMERICA), INC.,**<br>   *Defendant*. | § § § § § § § § § § | **MO:22-CV-00101-DC** |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion (Doc. 24), Defendant's Motion for Summary Judgment is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendant's Motion for Summary Judgment be **GRANTED**.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 7th day of April, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE